ROSARIO CERIO, Respondent, v. SALVATORE GRILLO and Another, Appellants.—

Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.